UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CASEY D COOTS,

           Plaintiff,

   v.

JOHN DOE #1,

           Defendants.

CASE NO. C14-5547 BHS-KLS

ORDER TO SHOW CAUSE

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Rules MJR 3 and 4.

Plaintiff seeks to proceed *in forma pauperis*. Dkt. 1. On July 9, 2014 the Clerk's Office sent plaintiff a letter regarding the defects in his application and gave Mr. Coots until August 8, 2014 to correct the defects. Dkt. 3. As of August 13, 2014 the Court has not received any further information from Mr. Coots.

The Court ORDERS Plaintiff to cure the defect in his application to proceed in forma pauperis or show cause why this action should not be dismissed without prejudice for failure to prosecute. Plaintiff's response to this order must be filed on or before **September 19, 2014**.

**DATED** this 14th day of August, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER TO SHOW CAUSE- 1