UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CASEY D. COOTS,

    Plaintiff,

v.

JOHN DOE #1, JOHN DOE #2,

    Defendants.

CASE NO. C14-5547BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court dismisses this action with prejudice for failure to comply with Court orders and failure to file an amended complaint.

Dated this 15th day December, 2014.

BENJAMIN H. SETTLE
United States District Judge

ORDER